United States District Court
Southern District of Texas
**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| Zachary Owen Henry, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | Civil Action No. |
| v. | § | 4:22-cv-01121 |
| | § | |
| Bobby Lumpkin, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional | § | |
| Institutions Division, | § | |
| | | |
| *Respondent.* | | |

### ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Petitioner Zachary Owen Henry's petition for a writ of habeas corpus (Document No. 1) and Respondent Bobby Lumpkin's motion to dismiss (Document No. 13). The Court has received from the Magistrate Judge a Memorandum and Recommendation (Document No. 17) recommending that that Respondent's motion be GRANTED, and Petitioner's petition be DENIED. Petitioner has not filed objections to the Magistrate Judge's recommendation.

The Court, after having made a *de novo* determination of the petition and the motion to dismiss, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on May 24, 2023 (Document No. 17), which is adopted in its entirety as the opinion of this Court, that Respondent's motion to dismiss (Document No. 13) is GRANTED and Respondent's petition for a writ of habeas corpus (Document No. 1) is DENIED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 16TH day of June, 2023.

Ewing Werlein, Jr.
United States District Judge